# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal File No. 11-CR-131 (SRN) |
| Plaintiff, | |
| v. | ORDER |
| Esteban Penaloza Martinez (02), | |
| Defendant. | |

Andrew Dunne and Thomas Hollenhorst, U.S. Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Esteban Penaloza Martinez, Reg. No. 15821-041, FCI Williamsburg, P.O. Box 340, Salters, SC 29590, Pro Se

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Defendant Esteban Penaloza Martinez's Motion for Appointment of Counsel [Doc. No. 264]. Martinez believes that the First Step Act may provide a basis for relief and seeks legal counsel to assist him in presenting a claim. However, Martinez provides no information concerning the basis for his belief that he may be entitled to relief under the First Step Act. Because he fails to articulate any First Step Act claim, his Motion for Appointment of Counsel [Doc. No. 264] is **DENIED**.

**SO ORDERED.**

Dated: March 25, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge